COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                       NOS.  2-09-077-CV

        2-09-078-CV

 

 

IN RE I.E. MILLER
SERVICES, L.P., I.E.                                     RELATORS

MILLER SERVICES, L.L.C., I.E. MILLER

SERVICES GP, L.L.C., LEXINGTON 

INSURANCE COMPANY, AND AMERICAN

HOME ASSURANCE COMPANY

 

 

                                              ------------

                                   ORIGINAL
PROCEEDINGS

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators= petition
for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators=
petition for writ of mandamus is denied. 
All stays previously ordered by this court are lifted.








Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

TERRIE LIVINGSTON

JUSTICE

 

 

PANEL: 
LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

GARDNER, J. would grant.

 

DELIVERED: 
April 30, 2009











     [1]See
Tex. R. App. P. 47.4.